# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR., <br><br> Plaintiff, <br><br> v. <br><br> LOPEZ, *et al.*, <br><br> Defendants. | Case No.  1:21-cv-00086-BAM (PC) <br><br> ORDER DENYING MOTION FOR STAY OF PROCEEDINGS AS MOOT <br><br> (ECF No. 7) <br><br> ORDER DIRECTING CLERK OF COURT TO UPDATE PLAINTIFF'S MAILING ADDRESS |

Plaintiff Melvin Ray Brummett ("Plaintiff") is a state prisoner appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The complaint has not yet been screened.

Currently before the Court is Plaintiff's motion requesting a stay and abeyance of this case, filed February 5, 2021.  (ECF No. 7.)  In his motion, Plaintiff states that he will be out to court for a resentencing hearing on February 9, 2021, and will be transported from SATF-Corcoran to the Shasta County Jail in Redding, California.  Plaintiff believes he will be returned to SATF-Corcoran after his hearing, but in an abundance of caution requests a thirty-day stay and abeyance while he is out to court.  Plaintiff has provided an updated mailing address for the Shasta County Jail.  (Id.)

As noted above, the complaint has not yet been screened in this action.  Therefore, there are currently no pending deadlines to be stayed, and the Court finds that a stay of this action is not

1

necessary. Plaintiff is advised to inform the Court when he is returned to SATF-Corcoran by filing a notice of change of address. Plaintiff's complaint will be screened in due course, and the Court's screening order will be mailed to Plaintiff at his updated mailing address.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for stay, (ECF No. 7), is DENIED as moot; and
2. The Clerk of the Court is directed to update Plaintiff's mailing address pursuant to the address provided in his motion for stay and serve this order at his updated mailing address:

>Shasta County Jail
>1655 West Street
>Redding, California 96001

IT IS SO ORDERED.

Dated:   **February 9, 2021**              /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE