# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR., | Case No. 1:21-cv-00086-DAD-BAM (PC) |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS |
| v. | (ECF No. 21) |
| LOPEZ, *et al.*, | |
| Defendants. | |

Plaintiff Melvin Ray Brummett ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. The complaint has not yet been screened.

On February 5, 2021, Plaintiff filed a motion requesting a stay and abeyance of this case for thirty days while he was being transported from STAF-Corcoran to the Shasta County Jail for a resentencing hearing on February 9, 2021. (ECF No. 7.) As the complaint had not yet been screened and there were no pending deadlines to be stayed, the Court denied the stay of action but advised Plaintiff to inform the Court when he was returned to SATF-Corcoran by filing a notice of change of address. (ECF No. 8.) That order was mailed to Plaintiff at the Shasta County Jail.

On February 24, 2021, the Court's order was returned as "Undeliverable, Not in Custody." Following Plaintiff's failure to file a new notice of change of address or to otherwise communicate with the Court, on June 8, 2021 the Court issued findings and recommendations

that this action be dismissed, without prejudice, based on Plaintiff's failure to prosecute. (ECF No. 12.)

On June 14, 2021, Plaintiff filed a notice of change of address indicating that he continued to be housed at Corcoran State Prison, but had been moved to another facility. (ECF No. 13.)

As Plaintiff has provided an updated mailing address, the Court finds it appropriate to vacate the pending findings and recommendations for failure to prosecute.

Based on the foregoing, the findings and recommendations issued on June 8, 2021, (ECF No. 12), are HEREBY VACATED. Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

Dated: **June 16, 2021**              /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

2