1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  MELVIN RAY BRUMMETT, JR., | No.  1:21-cv-00086-DAD-BAM (PC) |
| 12              Plaintiff, | |
| 13         v. | ORDER |
| 14  D. LOPEZ, et al., | (Doc. No. 18) |
| 15              Defendants. | |
| 16 | |

17   Plaintiff Melvin Ray Brummett, Jr. is a state prisoner proceeding *pro se* and *in forma*
18 *pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to
19 a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.
20   On August 23, 2021, the assigned magistrate judge issued findings and recommendations,
21 recommending that plaintiff's first amended complaint be dismissed in part.  (Doc. No. 18.)  The
22 magistrate judge found that plaintiff stated a cognizable First Amendment claim for retaliation
23 and a cognizable Eighth Amendment claim for deliberate indifference against defendant
24 Martinez.  (Doc. No. 18.)  The findings and recommendations recommended that all other claims
25 and defendants be dismissed from this action due to plaintiff's failure to state claims upon which
26 relief may be granted.  (*Id.*)  The findings and recommendations were served on plaintiff and
27 contained notice that any objections thereto were to be filed within fourteen (14) days from the
28 date of service.  (*Id.* at 7.)  On September 10, plaintiff filed objections to the pending findings and

1

1  recommendations.  (Doc. No. 20.)  Therein, plaintiff repeats the allegations contained in his first
2  amended complaint, which the assigned magistrate judge addressed thoroughly in the pending
3  findings and recommendations.

4     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
5  *de novo* review of the case.  Having carefully reviewed the entire file, including plaintiff's
6  objections, the court finds the findings and recommendations to be supported by the record and
7  by proper analysis.

8     Accordingly,

9  1.  The findings and recommendations issued on August 23, 2021 (Doc. No. 28) are
10     adopted in full;
11  2.  This action proceeds only on plaintiff's First Amendment retaliation and Eighth
12     Amendment deliberate indifference claims against defendant Martinez;
13  3.  All other claims and defendants are dismissed from this action; and
14  4.  This case is referred back to the assigned magistrate judge for further proceedings.

15  IT IS SO ORDERED.

16  Dated:   **September 23, 2021**              *Dale A. Drozd*
17                                               UNITED STATES DISTRICT JUDGE

2