# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR., <br><br> Plaintiff, <br><br> v. <br><br> LOPEZ, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-00086-DAD-BAM (PC) <br><br> ORDER CLARIFYING DEADLINE TO FILE RESPONSE TO COMPLAINT <br><br> (ECF No. 26) <br><br> **Response to Complaint Due: December 3, 2021** |

     Plaintiff Melvin Ray Brummett, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  This action proceeds against Defendant Martinez for retaliation in violation of the First Amendment and deliberate indifference to risk of harm in violation of the Eighth Amendment.

     On September 24, 2021, the Court found service of the complaint appropriate and directed service on Defendant Martinez under the Court's E-Service pilot program.  (ECF No. 23.) Pursuant to that order, the service order, summonses, and the operative complaint were served via email on the California Department of Corrections and Rehabilitation ("CDCR").  On October 4, 2021, CDCR filed a Notice of E-Service Waiver indicating that Defendant Martinez intended to waive service.  (ECF No. 25.)  The California Attorney General's Office timely filed a waiver of service of process for Defendant Martinez on November 2, 2021.  (ECF No. 26.)

1    Pursuant to the Court's E-Service Order, "[a] defendant who timely waives service need not serve an answer to the complaint until 60 days after the waiver of service of process was sent." (ECF No. 23, pp. 2–3.) Further, "[f]or any defendant that the CDCR advises will be waiving service, the date the CDCR files its Notice of E-Service Waiver will be considered the date the request for waiver was sent." (*Id.*)

Defendant Martinez's waiver of service states that Defendant's answer is due "within 60 days or by November 30, 2021," (ECF No. 26, p. 1), and the Court's docket entry for the waiver of service incorrectly states that Defendant's answer is due on January 3, 2022.

By the instant order, the Court clarifies that pursuant to the September 24, 2021 E-Service Order, Defendant's answer or other responsive pleading is due within 60 days after October 4, 2021, the date CDCR's Notice of E-Service Waiver was filed. Should Defendant require additional time to respond to the complaint, he may file a motion for an extension of time setting forth good cause in support of the request.

Accordingly, IT IS HEREBY ORDERED that Defendant Martinez shall file an answer or other response to the complaint on or before **December 3, 2021**.

IT IS SO ORDERED.

Dated:   **November 3, 2021**           /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

2