# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR., | Case No. 1:21-cv-00086-DAD-BAM (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO OPT OUT OF ALTERNATIVE DISPUTE RESOLUTION (ECF No. 34) |
| v. | |
| LOPEZ, *et al.*, | ORDER LIFTING STAY OF PROCEEDINGS |
| Defendants. | ORDER VACATING FEBRUARY 7, 2022 SETTLEMENT CONFERENCE (ECF No. 31) |
| | ORDER DIRECTING CLERK OF COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER |

Plaintiff Melvin Ray Brummett, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Martinez for retaliation in violation of the First Amendment and deliberate indifference to risk of harm in violation of the Eighth Amendment.

On December 3, 2021, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins. (ECF No. 31.) The Court's order granted Defendant time to investigate and determine whether to opt out of the post-screening ADR project.

On December 31, 2021, Defendant filed a motion to opt out of alternative dispute resolution. (ECF No. 34.) Therefore, the stay is lifted, and the February 7, 2022, settlement conference is vacated. This case is now ready to proceed.

If the parties wish to set a settlement conference with the Court at a later date, they should so inform the Court. However, the parties are also reminded that they are not precluded from negotiating a settlement without judicial assistance.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out of alternative dispute resolution, (ECF No. 34), is GRANTED;
2. The stay of this action, (ECF No. 31), is LIFTED;
3. The February 7, 2022 settlement conference is VACATED;
4. The Clerk of the Court is DIRECTED to issue a discovery and scheduling order; and
5. The parties may proceed with discovery pursuant to the discovery and scheduling order to be issued by separate order.

IT IS SO ORDERED.

Dated:  **January 3, 2022**                    /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE