# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR., | Case No. 1:21-cv-00086-DAD-BAM (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER |
| v. | |
| LOPEZ, *et al.*, | (ECF No. 38) |
| Defendants. | Exhaustion Motion Filing Deadline: **June 2, 2022**<br>Deadline to Amend Pleadings: **September 1, 2022**<br>Discovery Deadline: **November 2, 2022**<br>Dispositive Motion Deadline: **January 13, 2023** |

Plaintiff Melvin Ray Brummett, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Martinez for retaliation in violation of the First Amendment and deliberate indifference to risk of harm in violation of the Eighth Amendment.

Pursuant to the Court's January 3, 2022 discovery and scheduling order, exhaustion motions were to be filed by April 3, 2022, the deadline to amend pleadings was July 3, 2022, discovery was to be completed by September 3, 2022, and dispositive motions were to be filed by November 14, 2022. (ECF No. 36.)

Currently before the Court is Defendant's motion to modify the discovery and scheduling order, filed April 4, 2022.[1] (ECF No. 38.) Defendant argues that good cause exists to extend the

---

[1] As April 3, 2022 was a Sunday, the deadline for Defendant's motion for summary judgment on the issue of

1

1  deadline for Defendant's motion for summary judgment for failure to exhaust administrative
2  remedies, and to extend all other deadlines by 60 days.  Defendant states that the previously-
3  assigned Deputy Attorney General tendered her resignation on or about March 31, 2022, and new
4  counsel was assigned this case on Friday, April 1, 2022.  New counsel learned that CDCR has not
5  yet provided the Level III appeals printout for this case to counsel, and the current deadline does
6  not give counsel sufficient time to obtain the CDCR Level III appeals printout, review Plaintiff's
7  case file, and prepare a motion for summary judgment for failure to exhaust administrative
8  remedies.  In addition, newly-assigned counsel, Deputy Attorney General Neva Tassan, is
9  currently working on an 80% schedule and has not yet been admitted to the United States District
10 Court, Eastern District of California.  Defendant has submitted the declaration of Supervising
11 Deputy Attorney General Bajwa in support of the motion.  (*Id.*)

   Plaintiff has not yet had an opportunity to file a response, but the Court finds a response is unnecessary.  The motion is deemed submitted.  Local Rule 230(l).

   Having considered the request, the Court finds good cause to grant the requested modification of the discovery and scheduling order.  Fed. R. Civ. P. 16(b)(4).

   Defendant is unable to meet the current deadline because counsel was recently assigned the case and needs time to be admitted to the Eastern District of California.  In addition, counsel needs time to review the file and does not have the CDCR Level III appeals printout to assess remedies utilized by Plaintiff.  Finally, the Court finds that Plaintiff will not be prejudiced by the extension granted here.  Extension of these deadlines will allow the Court to address the potential issue of exhaustion before reaching the merits of Plaintiff's claims, if applicable.

   <u>Counsel for Defendant is reminded of their responsibility to file any necessary notices of appearance or substitution of counsel so the Court's docket accurately reflects the current attorneys of record in this action</u>.

///

///

---

exhaustion was extended to Monday, April 4, 2022.  Fed. R. Civ. P. 6(a)(1)(C).  Defendant's motion to modify the discovery and scheduling order is therefore timely filed.

2

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to modify the discovery and scheduling order, (ECF No. 38), is GRANTED, as follows:
    a. The deadline for filing motions for summary judgment for failure to exhaust administrative remedies is extended from April 3, 2022 to **June 2, 2022**;
    b. The deadline for all stipulated amendments or motions to amend is extended from July 3, 2022 to **September 1, 2022**;
    c. The deadline for completion of all discovery, including filing all motions to compel discovery, is extended from September 3, 2022 to **November 2, 2022**;
    d. The deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is extended from November 14, 2022 to **January 13, 2023**;
2. All other requirements set forth in the Court's January 3, 2022 discovery and scheduling order, (ECF No. 36), remain in place; and
3. **A request for an extension of a deadline set in this order must be filed on or before the expiration of the deadline in question and will only be granted on a showing of good cause**.

IT IS SO ORDERED.

Dated:   **April 5, 2022**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE