# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR., | Case No. 1:21-cv-00086-ADA-BAM (PC) |
| Plaintiff, | ORDER REGARDING DEFENDANT'S NOTICE OF LODGING DEPOSITION TRANSCRIPT |
| v. | |
| LOPEZ, *et al.*, | (ECF No. 61) |
| Defendants. | ORDER DIRECTING DEFENDANT TO REFILE NOTICE OF LODGING DOCUMENTS ELECTRONICALLY IN COMPLIANCE WITH LOCAL RULE 133(j) |
| | **SEVEN (7) DAY DEADLINE** |

Plaintiff Melvin Ray Brummett, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Martinez for retaliation in violation of the First Amendment and deliberate indifference to risk of harm in violation of the Eighth Amendment.

On January 12, 2023, Defendant filed a motion for summary judgment. (ECF No. 59.) Defendant also filed a Notice of Lodging Deposition Transcript, which included a true and correct copy of the entire transcript of the deposition taken of Plaintiff on September 16, 2022. (ECF No. 61.)

Pursuant to Local Rule 133(j), "Depositions shall not be filed through CM/ECF. . . . Neither hard copy nor electronic copy of the entire deposition will become part of the official

1

1  record of the action absent order of the Court.  Pertinent portions of the deposition intended to
2  become part of the official record shall be submitted as exhibits in support of a motion or
3  otherwise." L.R. 133(j) (citation omitted).

4  As the Court has not ordered that the entire deposition transcript become part of the
5  official record, the Court has sealed Defendant's notice of lodging to prevent public access to the
6  transcript in question.  Defendant is instructed to refile the notice of lodging and to submit the
7  deposition transcript, all in compliance with Local Rule 133(j).  The Court notes that an electronic
8  copy of the transcript, submitted to bamorders@caed.uscourts.gov, is preferred.

9  Accordingly, IT IS HEREBY ORDERED that within **seven (7) days** from the date of
10 service of this order, Defendant shall refile the notice of lodging and submit a courtesy copy of
11 the transcript of Plaintiff's September 16, 2022 deposition, all in compliance with Local Rule
12 133(j).

IT IS SO ORDERED.

Dated:  **January 13, 2023**        /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

2