UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. LOPEZ, *et al.*,<br><br>　　　　　Defendants. | No. 1:21-cv-00086-ADA-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>(ECF No. 77) |

Plaintiff Melvin Ray Brummett, Jr. is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Anthony Martinez for retaliation in violation of the First Amendment and deliberate indifference to risk of harm in violation of the Eighth Amendment.

On June 7, 2023, the assigned Magistrate Judge issued findings and recommendations recommending that Plaintiff's motion for preliminary injunction be denied. (ECF No. 77.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 5.) No objections were filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper

1

analysis.

Accordingly, IT IS SO ORDERED:

1. The findings and recommendations issued on June 7, 2023, (ECF No. 77), are adopted in full;
2. Plaintiff's motion for preliminary injunction, (ECF No. 74), is denied; and
3. The matter is referred back to the assigned Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   August 22, 2023

UNITED STATES DISTRICT JUDGE