UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR., <br><br> Plaintiff, <br><br> v. <br><br> LOPEZ, *et al.*, <br><br> Defendants. | No. 1:21-cv-00086-ADA-BAM (PC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT <br><br> (ECF Nos. 59, 82) |

Plaintiff Melvin Ray Brummett, Jr. is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. (ECF Nos. 1.) This action proceeds against Defendant Martinez for retaliation in violation of the First Amendment and deliberate indifference to risk of harm in violation of the Eighth Amendment. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 6, 2023, the assigned Magistrate Judge issued findings and recommendations, recommending that Defendant's motion for summary judgment be denied. (ECF No. 82.) The findings and recommendations were served on the Parties and contained notice that any objections must be filed within fourteen days after service. (*Id.* at 13.) Following an extension of time for Defendant to file objections, (ECF No. 85), no objections have been filed

///

1

by any party, and the respective deadlines to do so have expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case and carefully reviewed the entire file.  The Court finds that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on September 6, 2023, (ECF No. 82), are ADOPTED in FULL; and

2. Defendant's motion for summary judgment, (ECF No. 59), is DENIED.

IT IS SO ORDERED.

Dated:   October 25, 2023

UNITED STATES DISTRICT JUDGE