# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR., | Case No. 1:21-cv-00086-ADA-BAM (PC) |
| Plaintiff, | ORDER SETTING TELEPHONIC STATUS CONFERENCE |
| v. | **Date: December 6, 2023** |
| LOPEZ, *et al.*, | **Time: 9:30 a.m.** |
| Defendants. | **Dept. 8 (BAM)** |

Plaintiff Melvin Ray Brummett, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 25, 2023, Defendant Martinez's motion for summary judgment was denied. (ECF No. 86.) This case is now ready to be set for a jury trial on Plaintiff's claims against Defendant Martinez ("Defendant") for retaliation in violation of the First Amendment and deliberate indifference to risk of harm in violation of the Eighth Amendment.

The Court will set a telephonic status conference for December 6, 2023, at 9:30 a.m. to discuss setting the relevant deadlines and trial date before District Judge Ana de Alba.

Accordingly, IT IS HEREBY ORDERED as follows:

1. A telephonic status conference is set for **December 6, 2023, at 9:30 a.m.** before the undersigned in Courtroom 8 (BAM);
2. The parties shall appear **telephonically (via Zoom)**;

3. Defense counsel shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the Zoom dial-in information for all parties;

4. **Defense counsel is required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed to provide the necessary dial-in information and confirm whether the institution is able to produce Plaintiff for a telephonic appearance at the scheduled date and time**;

5. If the institution is unable to produce Plaintiff for a telephonic appearance at the scheduled date and time, defense counsel shall so inform the Court by no later than **November 6, 2023**; and

6. The Court will issue any necessary transportation writ in due course.

IT IS SO ORDERED.

Dated: **October 26, 2023**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE