# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELVIN RAY BRUMMETT, JR.,** | **Case No.: 1:21-cv-00086-NODJ-BAM (PC)** |
| **Plaintiff,** | **ORDER TO RECAPTION CASE** |
| v. | |
| **MARTINEZ,** | |
| **Defendant.** | |

This action proceeds only against Defendant Martinez. Therefore, the caption should reflect that this action no longer proceeds against any other defendants, and that there are no longer multiple defendants. Accordingly, the caption for this case shall be as reflected above.

IT IS SO ORDERED.

Dated: __December 5, 2023__            /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE