# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTINEZ,<br><br>　　　　Defendant. | Case No. 1:21-cv-00086-NODJ-BAM (PC)<br><br>ORDER SETTING VIDEO SETTLEMENT CONFERENCE<br><br>Hearing:　**Settlement Conference**<br>Date:　　**January 22, 2024**<br>Time:　　**1:00 p.m.**<br>Judge:　　**Erica P. Grosjean**<br>Location:　**via Zoom Videoconference**<br><br>ORDER SETTING VIDEO STATUS CONFERENCE<br><br>Hearing:　**Status Conference**<br>Date:　　**March 26, 2024**<br>Time:　　**9:30 a.m.**<br>Judge:　　**Barbara A. McAuliffe**<br>Location:　**via Zoom Videoconference** |

Plaintiff Melvin Ray Brummett, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This case is ready to be set for a jury trial on Plaintiff's claims against Defendant Martinez ("Defendant") for retaliation in violation of the First Amendment and deliberate indifference to risk of harm in violation of the Eighth Amendment.

A telephonic status conference was held on December 6, 2023 to discuss setting the relevant deadlines and trial date before a District Judge. (ECF No. 91.) During the status conference, the

1

parties indicated their interest in setting this case for a global settlement conference together with *Brummett v. Sherman*, Case No. 1:20-cv-00622-HBK (PC), which is currently set for a video settlement conference before Magistrate Judge Erica P. Grosjean on January 22, 2024, at 1:00 p.m. The Court also sets a further video status conference before the undersigned on March 26, 2024, at 9:30 a.m. in the event the case does not settle.

Accordingly, this case is referred to Magistrate Judge Erica P. Grosjean to conduct a video settlement conference on **January 22, 2024, at 1:00 p.m.**

Counsel for Defendant shall contact Courtroom Deputy Michelle Rooney at (559) 499-5962 or mrooney@caed.uscourts.gov for the video and dial-in information, including any necessary passcodes, for all parties. Counsel for Defendant is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information.

The parties shall each submit to Judge Grosjean a confidential settlement conference statement, as described below, to arrive at least seven days (one week) prior to the conference.

The Court puts the parties on notice that if Plaintiff has any outstanding criminal restitution obligation, fines and/or penalties, these settlement negotiations shall not be geared towards what the restitution obligation is, but what the value of the case itself is to each side, irrespective of any outstanding restitution obligation.

Defendant shall be prepared to negotiate the merits of the case and offer more than a waiver of costs as a reasonable compromise to settle the case. <u>The parties are also informed that an offer of dismissal in exchange for a waiver of costs is not considered good faith settlement negotiations</u>.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a video status conference, via the Zoom videoconferencing application, before Magistrate Judge Barbara A. McAuliffe on **March 26, 2024, at 9:30 a.m.**
2. This case is set for a **video** settlement conference, **via the Zoom videoconferencing application**, before Magistrate Judge Erica P. Grosjean on **January 22, 2024, at 1:00 p.m.**
3. A representative with full and unlimited authority to negotiate and enter into a binding settlement shall attend **via the Zoom videoconferencing application**.

2

4. Those in attendance must be prepared to discuss the claims, defenses and damages. The failure or refusal of any counsel, party or authorized person subject to this order to appear in person may result in the cancellation of the conference and the imposition of sanctions. The manner and timing of Plaintiff's transportation to and from the conference is within the discretion of CDCR.

5. Defendant shall provide a confidential settlement statement to the following email address: **epgorders@caed.uscourts.gov**. Plaintiff shall mail his confidential settlement statement to U.S. District Court, 2500 Tulare Street, Fresno, California 93721, **"Attention: Magistrate Judge Erica P. Grosjean."** The envelope shall be marked "Confidential Settlement Statement." Settlement statements shall arrive no later than **January 15, 2024**. Parties shall also file a Notice of Submission of Confidential Settlement Statement (See Local Rule 270(d)). Settlement statements **should not be filed** with the Clerk of the Court **nor served on any other party**. Settlement statements shall be clearly marked "Confidential" with the date and time of the settlement conference indicated prominently thereon.

6. The confidential settlement statement shall be **no longer than five pages** in length, typed or neatly printed, and include the following:
    a. A brief statement of the facts of the case.
    b. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.
    c. An estimate of the cost and time to be expended for further discovery, pretrial, and trial.
    d. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.
    e. A brief statement of each party's expectations and goals for the settlement conference, including how much a party is willing to accept and/or willing to pay.

   f. If parties intend to discuss the joint settlement of any other actions or claims not in this suit, give a brief description of each action or claim as set forth above, including case number(s) if applicable.

7. The parties remain obligated to keep the Court informed of their current address at all times while the action is pending. Any change of address must be reported promptly to the Court in a separate document captioned for this case and entitled "Notice of Change of Address." See Local Rule 182(f).

8. **Counsel for Defendant is required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information**.

9. **A failure to follow these procedures may result in the imposition of sanctions by the court.**

IT IS SO ORDERED.

Dated: **December 6, 2023**   /s/ *Barbara A. McAuliffe*
              UNITED STATES MAGISTRATE JUDGE