# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR., <br><br> Plaintiff, <br><br> v. <br><br> MARTINEZ, <br><br> Defendant. | Case No. 1:21-cv-00086-NODJ-BAM (PC) <br><br> ORDER GRANTING *EX PARTE* APPLICATION TO EXCUSE APPEARANCE OF DEFENDANT AND TO ALLOW COUNSEL FOR THE DEFENDANT TO APPEAR ON HIS BEHALF <br><br> (ECF No. 95) |

Plaintiff Melvin Ray Brummett, Jr. ("Plaintiff") is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Martinez ("Defendant") for retaliation in violation of the First Amendment and deliberate indifference to risk of harm in violation of the Eighth Amendment. This action is currently set for a global video settlement conference, via the Zoom videoconferencing application, before the undersigned, on January 22, 2024, at 1:00 p.m., together with *Brummett v. Sherman*, Case No. 1:20-cv-00622-HBK (PC). (ECF No. 92.)

On January 19, 2024, Defendant Martinez filed an *ex parte* application to excuse his appearance at the settlement conference and to allow counsel from *Brummett v. Sherman* to appear on his behalf, together with a declaration of counsel in support. (ECF No. 95.) Defendant is employed as a Supervisor in the Canteen Materials & Stores unit and is responsible for ensuring this unit functions as necessary including the maintenance of prison security and

1

supervising inmates.  His absence from the institution may disrupt normal activity there, and cause the redirection of staff with critical responsibilities.  Defense counsel for *Brummett v. Sherman* appearing on his behalf has authority to enter into settlement agreements on behalf of Defendant.  (*Id.*)

Plaintiff has not yet had the opportunity to respond, but the Court finds a response unnecessary.  The motion is deemed submitted.  Local Rule 230(l).

Having considered the request, Defendant's request is granted.  Defendant's appearance is excused.  The Court further finds that Plaintiff will not be prejudiced by excusing Defendant's personal appearance at the settlement conference.

Accordingly, Defendant's *ex parte* application to excuse appearance of Defendant and to allow counsel for the Defendant to appear on his behalf at the settlement conference, (ECF No. 95), is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:  **January 22, 2024**                          /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

2