UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR.,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>LOPEZ, *et al.*,<br>　　　　　　　Defendants. | 1:21-cv-00086-NODJ-BAM  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **PLAINTIFF MELVIN RAY BRUMMETT, JR., CDCR #V-29100, <u>BY VIDEO</u>**<br><br>DATE: March 26, 2024<br>TIME:  9:30 a.m. |

　　　Melvin Ray Brummett, Jr., inmate, CDCR #V-29100, a necessary and material witness on his own behalf in a Trial Scheduling Conference in this case on March 26, 2024, is confined at the California Substance Abuse Treatment Facility, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video (via Zoom)** before Magistrate Judge Barbara A. McAuliffe on March 26, 2024, at 9:30 a.m.

　　　**ACCORDINGLY, IT IS ORDERED that:**

　　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property, to appear by video (via Zoom)** to testify in United States District Court at the time and place above, until completion of court proceedings or as ordered by the court;

　　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of the California Substance Abuse Treatment Facility**

　　　**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by video (via Zoom)** to testify before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court.

　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated**: February 26, 2024**　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

