# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR., | Case No. 1:21-cv-00086-BAM (PC) |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S NOTICE OF UNINCARCERATED WITNESS INFORMATION |
| v. | |
| MARTINEZ, | (ECF No. 111) |
| Defendant. | **Witness Fees Due: July 19, 2024** |

Plaintiff Melvin Ray Brummett, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This case proceeds on Plaintiff's claims against Defendant Martinez ("Defendant") for retaliation in violation of the First Amendment and deliberate indifference to risk of harm in violation of the Eighth Amendment. All parties have consented to United States Magistrate Judge jurisdiction. (ECF No. 105.)

This case is set for a pretrial conference on August 13, 2024 and a jury trial commencing October 16, 2024 before the undersigned.

Pursuant to the Court's March 26, 2024 Second Scheduling Order, Plaintiff's notification of the names and locations of unincarcerated witnesses who refuse to testify voluntarily was due on or before June 18, 2024, and Plaintiff must submit the required money orders on or before July

1

1    19, 2024. (ECF No. 107.) On May 30, 2024, Plaintiff filed a pretrial statement, including the

2    name and place of employment for unincarcerated witness Leonard Chavez, Acting Supervisor,

3    California Substance Abuse Treatment Facility. (ECF No. 111, pp. 6–7.) In his pretrial

4    statement, Plaintiff further stated that he sent a money order to the Court in the amount of

5    $100.00 to cover the $40.00 witness fee and $60.00 for expenses. (*Id.*) On June 7, 2024, the

6    Court received a money order in the amount of $100.00 for witness Leonard Chavez, submitted

7    by Sheila Batey on behalf of Plaintiff.

8          The money order for Leonard Chavez was returned to Sheila Batey, as it did not include

9    the correct amount for fees and expenses. As explained in the Court's March 26, 2024 Second

10   Scheduling Order, after notifying the Court of the names and locations of any unincarcerated

11   witnesses who refuse to testify voluntarily, "[t]he Court will calculate the travel expense for each

12   unincarcerated witness and notify Plaintiff of the amount(s)." (ECF No. 107, p. 4.) "Plaintiff

13   must then, for each witness, submit a money order made payable to the witness for the full

14   amount of the witness's travel expenses plus the daily witness fee of $40.00." (*Id.*)

15         Plaintiff timely submitted notice of the name and location for unincarcerated witness

16   Leonard Chavez. (ECF No. 111.) Accordingly, the witness fee for Leonard Chavez is set forth

17   below. The amount is based on the daily witness fee of $40.00, plus round-trip mileage at the

18   current reimbursement rate of $0.67 per mile. 28 U.S.C. § 1821.

19         Thus, if Plaintiff wishes to have witness Leonard Chavez served with a summons to testify

20   at trial, then Plaintiff must submit a money order, made out to the witness, in the amount of

21   **$115.04**.[1]

22         Accordingly, it is HEREBY ORDERED as follows:

23   1. Plaintiff's submission of a money order in the amount of **$115.04** for witness Leonard

24       Chavez is due on or before **July 19, 2024**; and

25   ///

26

---

27   [1] Plaintiff reports that Leonard Chavez is or was employed at the California Substance Abuse Treatment Facility, 900 Quebec Avenue, P.O. Box 7110, Corcoran, California, 93212-7100. It is

28   112 miles, round-trip, from that location to the courthouse.

2. Plaintiff is advised that the Court cannot accept cash, and money orders cannot be made out to the Court, but **must be made out to the individual witness in that witness's name**.

IT IS SO ORDERED.

Dated:   **June 10, 2024**                    /s/ Barbara A. McAuliffe
                                                     UNITED STATES MAGISTRATE JUDGE