UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| MELVIN RAY BRUMMETT, JR., Plaintiff, v. MARTINEZ, Defendant. | 1:21-cv-00086-BAM (PC) <br><br> ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT **PLAINTIFF MELVIN RAY BRUMMETT, JR., CDCR # V-29100** <br><br> DATE: October 16, 2024 <br> TIME: 8:30 a.m. |
|---|---|

**Melvin Ray Brummett, Jr.**, inmate, CDCR #V-29100, a necessary and material witness on his own behalf in proceedings in this case on October 16, 2024, is confined at California Substance Abuse Treatment Facility, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to appear **in person** in Courtroom #8, 6th Floor, United States District Court, 2500 Tulare Street, Fresno, California on October 16, 2024, at 8:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property and his "state prison blues" to wear during court proceedings**, to appear **in person** to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

3. **The custodian is ordered to notify the court immediately if the inmate cannot be physically transported due to restrictions related to COVID-19**.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California Substance Abuse Treatment Facility**

**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property and his "state prison blues" to wear during court proceedings**, to appear **in person** to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ, and to **notify the court immediately if the inmate cannot be physically transported due to restrictions related to COVID-19**.

IT IS SO ORDERED.

Dated: **September 18, 2024**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE