UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR.,<br>　　　　　　Plaintiff,<br><br>v.<br><br>MARTINEZ,<br>　　　　　　Defendant. | 1:21-cv-00086-BAM (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **WITNESS STEVEN MOORE**, CDCR # **AK-2727, BY ZOOM VIDEO CONFERENCE**<br><br>DATE: October 17, 2024<br>TIME:  9:00 a.m. |

　　　**Steven Moore**, inmate, CDCR #AK-2727, a necessary and material witness in proceedings in this case on October 17, 2024, is confined at California Substance Abuse Treatment Facility, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to appear **by Zoom video conference** from his present institution before Magistrate Judge Barbara A. McAuliffe on October 17, 2024, at 9:00 a.m.

　　　**ACCORDINGLY, IT IS ORDERED that:**

　　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property**, to appear **by Zoom video conference** to testify before the United States District Court at the time and place above, until completion of court proceedings or as ordered by the court.

　　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California Substance Abuse Treatment Facility**

　　　**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property**, to appear **by Zoom video conference** to testify before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court.

　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated**:  September 18, 2024**　　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE