UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR., <br> Plaintiff, <br><br> v. <br><br> MARTINEZ, <br> Defendant. | 1:21-cv-00086-BAM  (PC) <br><br> ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE PLAINTIFF **MELVIN RAY BRUMMETT, JR., CDCR # V-29100, <u>BY VIDEO CONFERENCE (VIA ZOOM)</u>** <br><br> DATE: October 2, 2024 <br> TIME:  9:00 a.m. |

**Melvin Ray Brummett, Jr.**, inmate, **CDCR #V-29100**, a necessary and material witness on his own behalf in a Motions in Limine hearing in this case on October 2, 2024, is confined at California Substance Abuse Treatment Facility, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference (via Zoom)** before Magistrate Judge Barbara A. McAuliffe on **October 2, 2024, at 9:00 a.m.**

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property, to appear by video conference (via Zoom)** to testify in United States District Court at the time and place above, until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California Substance Abuse Treatment Facility**

**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by video conference (via Zoom)** to testify before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated**: October 1, 2024**              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

