**FILED**

OCT 17 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANTHONY MARTINEZ,<br><br>　　　　　Defendant. | Case No. 1:21-cv-00086-BAM (PC)<br><br>NOTICE AND ORDER THAT PLAINTIFF **MELVIN RAY BRUMMETT, JR., CDCR #V-29100**, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

　　　The jury trial in this matter commenced on October 16, 2024, and **Plaintiff Melvin Ray Brummett, Jr., CDCR #V-29100**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

　　　IT IS SO ORDERED.

Dated: 10/17/24

　　　　　　　　　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　BARBARA A. McAULIFFE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE