**FILED**

OCT 17 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY MARTINEZ,<br><br>    Defendant. | Case No. 1:21-cv-00086-BAM (PC)<br><br>NOTICE AND ORDER THAT INMATE **STEVEN MOORE, CDCR #AK-2727**, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

The jury trial in this matter commenced on October 16, 2024, and **Inmate Steven Moore, CDCR #AK-2727**, has testified <u>via video teleconference</u> and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 10/17/24

_____
BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1