**FILED**

OCT 16 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR.,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY MARTINEZ,<br><br>Defendant. | Case No. 1:21-cv-00086-BAM (PC)<br><br>ORDER REQUIRING PRODUCTION OF PLAINTIFF **MELVIN RAY BRUMMETT, JR., CDCR #V-29100**, FOR TRIAL ON OCTOBER 17, 2024 AT 8:00 A.M. |

**Plaintiff Melvin Ray Brummett, Jr., CDCR #V-29100**, shall be produced to testify, **along with his legal property and his "state prison blues" to wear during court proceedings**, before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Thursday, October 17, 2024, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

Dated: 10/16/24

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1