# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR., <br><br> Plaintiff, <br><br> v. <br><br> MARTINEZ, <br><br> Defendant. | Case No. 1:21-cv-00086-BAM (PC) <br><br> Appeal No. 24-6736 <br><br> ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANT'S ATTORNEY OF RECORD DUE TO LACK OF JURISDICTION <br><br> (ECF No. 172) |

Plaintiff Melvin Ray Brummett, Jr. ("Plaintiff"), a state prisoner, proceeded *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. All parties consented to Magistrate Judge jurisdiction. (ECF No. 105.)

This matter proceeded to a jury trial on October 16, 2024, on Plaintiff's claims against Defendant Martinez ("Defendant"). On October 17, 2024, the jury returned with a verdict in favor of Defendant and against Plaintiff. (ECF No. 154, 165.) Judgment was entered accordingly. (ECF No. 166.) On November 1, 2024, Plaintiff filed a notice of appeal. (ECF No. 168.) The notice of appeal was processed to the Ninth Circuit Court of Appeals and assigned Case Number 24-6736. (ECF Nos. 169, 170.)

Currently before the Court is Plaintiff's motion for sanctions against Defendant's attorney of record, filed November 18, 2024. (ECF No. 172.) In the motion, Plaintiff sets forth arguments which are also raised in his notice of appeal. (ECF No. 168, pp. 7–9.)

"The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982). Although the district court retains jurisdiction to resolve certain timely motions filed under the Federal Rules of Civil Procedure before giving effect to a notice of appeal, Plaintiff does not argue, nor does it appear, that Plaintiff's motion for sanctions constitutes any of the specified motions. *See* Fed. R. App. Proc. 4(a)(4). Rather, the arguments in the motion are within the scope of the appeal pending before the Ninth Circuit.

Accordingly, Plaintiff's motion for sanctions against Defendant's attorney of record, (ECF No. 172), is HEREBY DENIED, due to lack of jurisdiction.

IT IS SO ORDERED.

Dated:   **November 19, 2024**         /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE