# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR., | Case No. 1:21-cv-00086-BAM (PC) |
| Plaintiff, | Appeal No. 24-06736 |
| v. | ORDER GRANTING PLAINTIFF'S MOTION REQUESTING COPIES OF ALL THE DOCUMENTS COMPRISING THE EXCERPTS OF RECORD |
| MARTINEZ, | |
| Defendant. | (ECF No. 175) |
| | ORDER DIRECTING CLERK OF COURT TO MAIL COPIES OF EXCERPTS OF RECORD ON APPEAL TO PLAINTIFF BY **MAY 30, 2025** |

Plaintiff Melvin Ray Brummett, Jr. ("Plaintiff"), a state prisoner, proceeded *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. All parties consented to Magistrate Judge jurisdiction. (ECF No. 105.)

This matter proceeded to a jury trial on October 16, 2024, on Plaintiff's claims against Defendant Martinez ("Defendant"). On October 17, 2024, the jury returned a verdict in favor of Defendant and against Plaintiff. (ECF Nos. 154, 165.) Judgment was entered accordingly. (ECF No. 166.) On November 1, 2024, Plaintiff filed a notice of appeal. (ECF No. 168.) The notice of appeal was processed to the Ninth Circuit Court of Appeals and assigned Case Number 24-6736. (ECF Nos. 169, 170.)

Currently before the Court is Plaintiff's motion requesting copies of all documents comprising the excerpts of record, filed May 9, 2025. (ECF No. 175.) Specifically, Plaintiff requests that the Clerk of the Court provide "the records of his trial transcripts, pretrial hearing transcripts, and in limine hearing transcripts in order to prepare his Ninth Circuit Court of Appeals, Court Ordered Brief," and requests that the transcripts be provided within twenty-one days, at no charge, so he can submit his opening brief on June 9, 2025. Plaintiff cites to Ninth Circuit Rule 30-3 in support of his request. (*Id.*)

Ninth Circuit Rule 30-3 provides that in appeals brought by prisoners proceeding *pro se*, the Clerk of the Court shall provide, within 21 days from the receipt of a prisoner's written request, copies of documents comprising the excerpts of record for the purpose of preparing briefs on appeal. Such copies will be produced at no charge for prisoners proceeding *in forma pauperis*. Circuit Rule 30-3.

Upon review of the docket, it appears Plaintiff is requesting transcripts for the following proceedings:

1. August 13, 2024 Pretrial Conference (ECF No. 119)
2. September 30, 2024 Motions in Limine Hearing (ECF No. 138)
3. October 2, 2024 Motions in Limine Hearing (ECF No. 141)
4. October 7, 2024 Motions in Limine Hearing (ECF No. 148)
5. October 16, 2024 Jury Trial (Day 1 of 2) (ECF No. 153)
6. October 17, 2024 Jury Trial (Day 2 of 2) (ECF No. 154)

The above proceedings were recorded using the Court's Electronic Court Recorder Operator ("ECRO") in audio format only. Accordingly, the Court will direct the Clerk of the Court to order transcripts of the above proceedings, after which hard copies of the complete transcripts will be mailed to Plaintiff, at no charge to Plaintiff.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion requesting copies of all documents comprising the excerpts of record, (ECF No. 175), is GRANTED;

///

2. The Clerk of the Court is DIRECTED to complete and submit a Transcript Order Form (CAED 435) for the following proceedings in this action, with transcripts to be delivered to the Court within fourteen (14) calendar days after receipt of the order:
   a. August 13, 2024 Pretrial Conference (ECF No. 119)
   b. September 30, 2024 Motions in Limine Hearing (ECF No. 138)
   c. October 2, 2024 Motions in Limine Hearing (ECF No. 141)
   d. October 7, 2024 Motions in Limine Hearing (ECF No. 148)
   e. October 16, 2024 Jury Trial (Day 1 of 2) (ECF No. 153)
   f. October 17, 2024 Jury Trial (Day 2 of 2) (ECF No. 154)
3. On or before **May 30, 2025**, or as soon as the transcripts are completed and delivered to the Court, the Clerk of the Court is DIRECTED to serve hard copies of the transcripts to Plaintiff, by mail, at no charge to Plaintiff; and
4. The Clerk shall serve this order on Court Reporter Otilia Rosales and Court Reporter Supervisor Ana P. Rivas.

IT IS SO ORDERED.

Dated:   **May 12, 2025**                    /s/ Barbara A. McAuliffe            _
                                              UNITED STATES MAGISTRATE JUDGE

3